ACCEPTED
06-14-00130-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/29/2015 4:08:51 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00130-CR

| | | |
|---|---|---|
| **ALVIN PETER HENRY, JR.** | § | **IN THE COURT OF** |
| | § | |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/29/2015 4:08:51 PM
DEBBIE AUTREY
Clerk

### MOTION TO EXTEND TIME TO
### FILE MOTION FOR REHEARING

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Alvin Peter Henry, Jr., Appellant in the above styled and numbered cause, and moves for an extension of time to file a motion for rehearing, and for good cause shows the following:

1. On April 16, 2015, the Court of Appeals rendered an opinion and issued a judgment in this cause. Alvin Peter Henry, Jr. v. State, 06-14-00130-CR.
.

2. An extension is needed for the following reasons:

Counsel has had the following hearings since April 16, 2015

April 17, 2015: Travel to pickup client for scheduled deposition in case styled Julie Dominguez and Christina Yarbrough v. Cristil Rogers

April 21, 2015: deposition in case styled Julie Dominguez and Christina Yarbrough v. Cristil Rogers

April 22, 2015: Travel to return client from scheduled deposition in case styled Julie Dominguez and Christina Yarbrough v. Cristil Rogers

April 27, 2015: Probate hearing in case styled In the Estate of Jessie Marie Kelley, Deceased, Cause No P-17786, in the Lamar County Court at Law

April 28, 2015: Hearings in Child Protective Services cases styled IIO A.A.A, GR.A, J.W.A, and N.J.A., Children; IIO Z.W., a Child; IIO J.J., B.C., and B.C., Children; IIO J.D.C., A.J.S.G., R.U.TG., R.E.C., Children, all in the Lamar County Court at Law,

April 28, 2015: Hearings in Child Protective Services cases styled IIO H.P., M.P., D.P., D.P., Children,IIO A.G., a Child, all in the 6th District Court of Lamar County, Texas

In addition, the undersigned attorney is tentatively scheduled to attend a Continuing Legal Education seminar on Friday May 1, 2015 presented  through the Texas Criminal Defense Lawyers Association

3.      Defendant is currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 20 days, i.e. until May 21, 2015, to file a Motion for Rehearing.

Respectfully submitted,

Gary L. Waite
104 Lamar Ave.
Paris, Texas 75460
(903) 785-0096
(903) 785-0097

By:/s/ Gary L. Waite
    Gary L. Waite
    State Bar No. 20667500
    garywaite@sbcglobal.net
    Attorney for Alvin Peter Henry
    #1935874, Jr.

## CERTIFICATE OF SERVICE

This is to certify that on April 29, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Lamar County, 119 N. Main, Paris, Texas 75460, by personal delivery.

/s/Gary L. Waite
Gary L. Waite